**From:**
**To:**
**Subject:** Fwd: VaxApp - Religious/Deeply Held Belief Exemption Request Update
**Date:**

FYI

**From:** VaxApp-DoNotReply@nyp.org <VaxApp-DoNotReply@nyp.org>
**Sent:** Wednesday, July 28, 2021 10:20 AM
**To:**
**Subject:** VaxApp - Religious/Deeply Held Belief Exemption Request Update

Your request for exemption from the COVID-19 vaccine has been approved. Please note that this exemption will be good for this COVID-19 vaccine period. If your approval is for a temporary medical exemption, the approval is good through the deferral date provided by the WHS provider.

Should you have any questions, please email whs-datamanagement@nyp.org or contact the WHS hotline at 646-697-9470. As a reminder, you can check the status of your exemption request in VaxApp.

Confidential Information subject to NYP's (and its affiliates"| Information management and security policies (http://infonet.nyp.org/QA/HospitalManual).