| | |
|---|---|
| **From:** | |
| **To:** | |
| **Subject:** | Fwd: Vaccine Mandate Exemption |
| **Date:** | Wednesday, September 08, 2021 5:58:27 PM |

# FYI

**From:** WHS-Data Management
**Sent:** Wednesday, September 8, 2021 12:00 PM
**To:**
**Subject:** RE: Vaccine Mandate Exemption

Religious exemptions are no longer accepted.  This does not impact an approved or submitted Medical exemption request. No alternative options for fully remote staff at this time.

WHS

**From:**
**Sent:** Tuesday, September 7, 2021 1:03 PM
**To:** WHS-Data Management <whs-datamanagement@nyp.org>
**Subject:** Vaccine Mandate Exemption

Good Afternoon.

What are the options for an employee whom had a previously approved medical exemption which is now voided due to the change in NYS Religious Exemptions?

Can there be alternative options for employees whom are fully remote? Can they agree to weekly testing and 100% Mask compliance?

Thanks in advance.

Confidential Information subject to NYP's (and its affiliates"| Information management and security policies (http://infonet.nyp.org/QA/HospitalManual).

Confidential Information subject to NYP's (and its affiliates"| Information management and security policies (http://infonet.nyp.org/QA/HospitalManual).