| | |
|---|---|
| **From:** | |
| **To:** | |
| **Subject:** | Fwd: Fw: VaxApp - Religious/Deeply Held Belief Exemption Request Update |
| **Date:** | Wednesday, September 08, 2021 5:30:36 PM |

Below- 8/24 approved.

---------- Forwarded message ---------
From:
Date: Fri, Sep 3, 2021 at 1:29 PM
Subject: Fw: VaxApp - Religious/Deeply Held Belief Exemption Request Update
To:




Patient Services Administration
**NewYork- Presbyterian Brooklyn Methodist Hospital**

---

**From:** VaxApp-DoNotReply@nyp.org <VaxApp-DoNotReply@nyp.org>
**Sent:** Tuesday, August 24, 2021 8:42 PM
**To:**
**Subject:** VaxApp - Religious/Deeply Held Belief Exemption Request Update

Your request for exemption from the COVID-19 vaccine has been approved. Please note that this exemption will be good for this COVID-19 vaccine period. If your approval is for a temporary medical exemption, the approval is good through the deferral date provided by the WHS provider.

Should you have any questions, please contact the WHS hotline at 646-697-9470. As a reminder, you can check the status of your exemption request in VaxApp.

---

Confidential Information subject to NYP's (and its affiliates"| Information management and security policies (http://infonet.nyp.org/QA/HospitalManual).

This electronic message is intended to be for the use only of the named recipient, and may contain information that is confidential or privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents of this message is strictly prohibited. If you have received this message in error or are not the named recipient, please notify us immediately by contacting the sender at the electronic mail address noted above, and delete and destroy all copies of this message. Thank you.

code:d34y

--