| | |
|---|---|
| **From:** | |
| **To:** | |
| **Subject:** | Fwd: Fw: UPDATE: COVID-19 Vaccination Program |
| **Date:** | Wednesday, September 08, 2021 5:33:00 PM |

Below- general email that was sent on 8/30 at 5:13pm.

---------- Forwarded message ---------
From:
Date: Fri, Sep 3, 2021 at 1:25 PM
Subject: Fw: UPDATE: COVID-19 Vaccination Program
To:




Patient Services Administration
**NewYork- Presbyterian Brooklyn Methodist Hospital**
(718) 780-3375


**From:** Notify NYP
**Sent:** Monday, August 30, 2021 5:13 PM
**To:** Notify NYP
**Subject:** UPDATE: COVID-19 Vaccination Program

Dear Colleagues:

We want to express our thanks to all of our NYP team members who have participated in our COVID-19 Vaccination Program˝ either by receiving the COVID-19 vaccine, or by applying for an exemption due to a medical contraindication or pregnancy. The vaccines are the most effective tool available to protect all of us against COVID-19 and the highly contagious Delta variant. Please see below for key information and dates regarding our vaccine program, and an important update.

**Key Dates:**

If you have not yet received your vaccination, please keep in mind the upcoming deadlines for NYP employees. Staff must receive the first dose of the vaccine or have an approved medical exemption by no later than **September 15, 2021** (with the second dose of a two-dose vaccine to be received by October 15)**.** For Supervisors and above, the deadline is **September 1.**

**NYP employees who do not comply with the vaccination program by the deadlines above will be placed off duty for seven days without pay**, and given those seven days to meet the program requirements. Employees who choose not to meet the program requirements after seven days will be deemed to have opted to resign. We want all of our team members to continue working with us as we balance the imperative to protect our patients, employees, and communities.

**Important Update on the Exemption Process:**

When the NYP COVID-19 Vaccination Program was established, it included a process by which employees could apply for an exemption on the basis of certain medical conditions or religious beliefs. Soon after, New York State issued orders requiring all health care workers in the state, including workers in hospitals, and in long-term care facilities or nursing homes, to receive the COVID-19 vaccine, with limited exemptions for medical or religious reasons.

Late last week, the Public Health and Health Planning Council of the NYS Department of Health formally approved and adopted the state*s COVID-19 vaccination requirement for health care workers. **In addition, the Council made the determination to exclude religious exemptions as an alternative to receiving the vaccine.** The DOH cited examples of measles and other vaccinations, which are required of NY health care workers, as also not having a religious exemption. As a health care institution in NYS, **NYP must follow the NYS DOH requirements as they evolve. This means that NYP can no longer consider any religious exemptions to the COVID vaccination 每 even those previously approved.**

NYS has also indicated they will be issuing further guidance on medical exemptions. We will keep you updated on that or any other vaccination-related information as it evolves.

**How to Access the Vaccine:**

You may receive your COVID-19 vaccination by walking in to your local NYP WHS clinic during our recently extended hours. No appointment is needed. **View the updated WHS schedule here.** Or, you may receive the vaccine outside of NYP. Our **COVID Vaccine Finder by State** can help you find a convenient location. If you are vaccinated outside of NYP, please log in to **VaxApp** with your NYP CWID and password, and upload a copy of your vaccination record as soon as possible as it can take a few days to validate your vaccination and update our records.

**Resources and Support:**

We want everyone who works at NYP to have the facts and support needed to make an informed decision about vaccination. If you have questions or want to learn more about the vaccines and this process, we have several available sources of information:
- **Brief clinical videos on the COVID-19 vaccines -** NYP physicians discuss the vaccines and topics employees have said are of interest, including allergies, fertility, pediatrics, and COVID-19 variants.
- **COVID-19 Vaccination Program FAQs**

- **[COVID-19 Vaccination Resource page](#)**
- The WHS COVID-19 hotline: **646圻697圻9470**

In addition, if you have specific medical or religious concerns, we encourage you to discuss those with your physician or a leader in your faith.

We will continue to update you with news on COVID-19 and safety measures as we learn more. We expect to hear more from the U.S. government about recommendations related to booster shots in the coming months.

Thank you for all you are doing, every day, to protect the safety and well-being of our patients and one another. By participating in this program, you are helping us continue to lead the fight against the pandemic in our communities, and taking another important step as health care heroes.


Shaun E. Smith
Senior Vice President and Chief People Officer

Robert Holdom
Vice President, Total Rewards

---

Confidential Information subject to NYP's (and its affiliates"| Information management and security policies ([http://infonet.nyp.org/QA/HospitalManual](http://infonet.nyp.org/QA/HospitalManual)).

---

This electronic message is intended to be for the use only of the named recipient, and may contain information that is confidential or privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents of this message is strictly prohibited. If you have received this message in error or are not the named recipient, please notify us immediately by contacting the sender at the electronic mail address noted above, and delete and destroy all copies of this message. Thank you.
code:d34y

--