Dear Colleague,

On August 26, 2021, the New York State Department of Health (NYS DOH) issued emergency regulations that require all of our healthcare personnel be fully vaccinated against COVID-19.  Fully vaccinated is defined as two weeks after receiving (1) the second dose in a 2-dose series (mRNA) or (2) a single dose vaccine (Johnson & Johnson).

Under the emergency regulations the NYS DOH will not permit exemptions or deferrals for:

- Sincerely held religious beliefs
- Pregnancy
- Planning to become pregnant

We are required to comply with state law. Therefore, any colleague who was previously approved for one of the above exemptions / deferrals will be required to provide proof of (1) first dose of a 2-dose series (mRNA) or (2) a single dose vaccine (Johnson & Johnson) no later than September 21, 2021.

**Action Needed**