# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOES 1–2, JANE DOES 1–3, <br> JACK DOES 1–750, JOAN DOES 1–750, <br> <br> Plaintiffs, <br> v. <br> <br> KATHY HOCHUL, in her official capacity as <br> Governor of the State of New York, <br> HOWARD A. ZUCKER, in his official capacity <br> as Commissioner of the New York State <br> Department of Health, TRINITY HEALTH, <br> INC., NEW YORK-PRESBYTERIAN <br> HEALTHCARE SYSTEM, INC., <br> WESTCHESTER MEDICAL CENTER <br> ADVANCED PHYSICIAN SERVICES, P.C., <br> <br> Defendants. | Case No. 1:21-CV-05067-AMD-TAM |

## PLAINTIFFS' CERTIFICATION OF EFFORTS TO NOTIFY DEFENDANTS OF HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER

Pursuant to Fed. R. Civ. P. 65(b)(1) and the Court's scheduling Order entered September 11, 2021, the undersigned counsel for Plaintiffs hereby certifies that, upon receipt of the Court's Order, counsel sent e-mail correspondence (attached hereto as EXHIBIT A) to Defendants and/or their respective corporate counsel at publicly available email addresses to provide notice that the Court has scheduled a hearing on Plaintiffs' Motion for Temporary Restraining Order at 2:15 p.m. on September 13, 2021. Plaintiffs' counsel sent additional e-mail correspondence to previously known addresses for government counsel in the Office of the New York Attorney General providing the same notice, in response to which Plaintiffs' counsel received acknowledgement of receipt indicating the forwarding of the hearing notice to appropriate personnel within the Attorney General's office (attached hereto as Exhibit B). In each case Plaintiffs' counsel's e-mail

correspondence provided the recipients with a true and correct copy of the Court's September 11 scheduling order.

Respectfully submitted,

/s/ Roger K. Gannam
Mathew D. Staver*
Horatio G. Mihet*
Roger K. Gannam*
Daniel J. Schmid*
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
Phone: (407) 875-1776
Facsimile: (407) 875-0770
Email: court@lc.org
hmihet@lc.org
rgannam@lc.org
dschmid@lc.org
*Applications for admission *pro hac vice* pending

***Attorneys for Plaintiffs***