Case No.: 1:21-cv-5067, Does et al. v. Hochul, et al. - Complaint and Motion for Temporary Restraining Order

Daniel Schmid <daniel@lc.org>

Fri 9/10/2021 4:11 PM

To: Linda.Ross@trinity-health.org <Linda.Ross@trinity-health.org>; JSWITZER@WCMC.COM <JSWITZER@WCMC.COM>; mclaus@nyp.org <mclaus@nyp.org>; dohweb@health.ny.gov <dohweb@health.ny.gov>; Letitia.james@ag.ny.gov <Letitia.james@ag.ny.gov>; Gov.hochul@chamber.state.ny.us <Gov.hochul@chamber.state.ny.us>

Cc: Roger Gannam <rgannam@lc.org>; Horatio Mihet <hmihet@lc.org>

 2 attachments (646 KB)
1 Verified Complaint.pdf; 2 Motion for TRO and PI.pdf;

Defendants and Counsel:

In accordance with Fed. R. Civ. P. 65(b)(1), I write to provide notice of a lawsuit that has been brought against you or respective clients. Today, September 10, 2021, Plaintiffs filed a Verified Complaint and a Motion for a Temporary Restraining Order against Governor Kathy Hochul, in her official capacity as Governor of the State of New York, Howard Zucker, in his official capacity as Commissioner of the New York State Department of Health, Trinity Health, Inc., New York-Presbyterian Healthcare System, Inc., and Westchester Medical Center Advanced Physician Services, P.C. seeking a TRO and preliminary injunction against Defendants refusal to provide exemptions and accommodations for Plaintiffs' sincerely held religious beliefs.

Copies of the file-stamped versions of the Verified Complaint and the Motion for Temporary Restraining Order and Preliminary Injunction are attached hereto for your ready reference.

Service of process fill follow.

Regards,

**Daniel J. Schmid, Esq.***
*Senior Litigation Counsel*
**Liberty Counsel**
PO Box 540774
Orlando, FL 32854
(407) 875-1776 phone
(407) 875-0770 fax
LC.org
Offices in DC, FL, and VA
*Licensed in Virginia

This message and any attachment are intended for the person to whom it is addressed. If you are not the intended recipient, notify us immediately by replying to this message and deleting it from your computer, because any distribution of this message by you is strictly prohibited. Email cannot be guaranteed secure or error-free. We do not accept responsibility for errors that result from email transmissions. Opinions expressed in this email are solely those of the author and do not necessarily represent those of the organization.