CIVIL CAUSE FOR Motion Hearing by Telephone

BEFORE JUDGE: Eric Komitee, U.S.D.J.
DATE: 9/13/2021
TIME IN COURT: 2 Hrs.

DOCKET NUMBER: CV 21-5067
TITLE: Does, et al v. Hochul, et al

COURT REPORTER: Electronically recorded
FTR LOG:

APPEARANCES:

    Plaintiffs:                  Daniel Schmid, Horatio Mihet
    State Defendants:       Seth Farber
    Trinity Health, Inc.:     Jacqueline Polito
    N.Y. Presbyterian:     Liza Velazquez
    Westchester Medical Ctr:  Marc Sittenreich

SUMMARY: Discussion held. Decision reserved.