# EXHIBIT A

| | |
|---|---|
| **From:** | Notify NYP |
| **To:** | Notify NYP |
| **Subject:** | Vaccination Program Update |
| **Date:** | Tuesday, September 14, 2021 6:57:28 PM |

Dear NYP Colleagues,

We want to express our thanks to all of our NYP team members who have already participated in our COVID-19 Vaccination Program. The vaccines are the most effective tool available to protect all of us against COVID-19 and the highly contagious Delta variant. The safety of our patients, their families, our NYP colleagues, and members of our communities remains a top priority.

We want to provide you with two important updates regarding the NYP Vaccination Program.

**1. The deadline for all NYP Individual Contributors to receive the first dose of the vaccine or to have an approved medical exemption is midnight on September 15, 2021** (with the second dose of a two-dose vaccine to be received according to the manufacturer's schedule). The deadline for supervisors and above was September 1. **Last week, we directly emailed employees who were not compliant with the NYP COVID-19 Vaccination Program,** reminding them that:

- They can receive the vaccine by walking in to an NYP WHS clinic or outside of NYP; those who are vaccinated outside NYP must upload their vaccination record in VaxApp.

- We have several resources available to help them reach their decision about vaccination.

- **Employees who do not comply with the vaccination program by the deadline will be placed off duty for seven days without pay and locked out of NYP systems (except email and VaxApp) beginning on September 16,** and informed that they have seven days to comply by submitting proof of their vaccination into VaxApp or by receiving the vaccine at an NYP WHS clinic. Employees who meet program requirements by September 22 would be able to return to work once they have been unlocked.

- Any employee who is on an approved leave of absence as of the cutoff date is excluded from the lockout process; as part of their return-to-work process, they will be required to provide proof of vaccination or have an approved exemption prior to their return.

2. As you may be aware, the New York State Department of Health (DOH) regulation on vaccine programs required us to remove the option for a religious exemption from the COVID-19 vaccination program. **This morning, a court in upstate New York ordered the DOH to put a temporary hold on their regulation that prohibits religious exemptions to the COVID-19 vaccination mandate.** Until we have further guidance from the DOH or the courts, **we are putting a hold on the vaccination process for anyone who previously had an approved or open religious exemption request when that process was halted in late August.**

- Anyone directly affected by these changes will receive a follow-up email regarding their religious exemption status.

- Please note that the above applies only to employees who met the original August 6 deadline for requesting a religious exemption**; no new requests will be accepted**.

- Also please note that the original requirements for religious or medical exemptions, including periodic COVID testing and the need to follow other COVID safety precautions, still apply.

Thank you for all you continue to do, every day, for our patients, our communities, and one another.

Laura L. Forese, M.D.
Executive Vice President & Chief Operating Officer
Shaun E. Smith
Senior Vice President and Chief People Officer

Confidential Information subject to NYP's (and its affiliates"| Information management and security policies (http://infonet.nyp.org/QA/HospitalManual).