UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOHN DOES 1–2, et al.,

                    Plaintiffs,

v.

KATHY HOCHUL, in her official capacity as Governor of the State of New York, et al.,

                    Defendants.

-----------------------------------------------------------X

NOTICE OF RESUBMITTED MOTION TO ADMIT COUNSEL PRO HAC VICE

No: 1:21-cv-05067-AMD-TAM

TO: Defendants and Defendants' Counsel

PLEASE TAKE NOTICE that upon the annexed declaration of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Liberty Counsel and a member in good standing of the bar(s) of the State(s) of Florida (Bar No. 240450), as attorney pro hac vice to argue or try this case in whole or in part as counsel for Plaintiffs. There are no pending disciplinary proceedings against me in any State or Federal court.

Dated: September 24, 2021

                                        Respectfully submitted,

                                        Roger K. Gannam
                                        LIBERTY COUNSEL
                                        P.O. Box 540774
                                        Orlando, Florida 32854
                                        (407) 875-1776
                                        rgannam@LC.org