

**Littler Mendelson, P.C.**
375 Woodcliff Drive
Suite 2D
Fairport, NY  14450

Jacqueline Phipps Polito
585.203.3413 direct
585.203.3400 main
585.486.1774 fax
jpolito@littler.com

October 8, 2021

**VIA ECF**

Magistrate Judge Taryn A. Merkl
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Does et al v. Hochul et al*.; Case 1:21-cv-05067-AMD-TAM

Dear Judge Merkl:

The parties have conferred and, with Plaintiffs' consent, Defendants are respectfully requesting that any response to Plaintiffs' Motion to Proceed Using Pseudonyms and for Protective Order (Dkt. 41) be moved to a date 10 days after a determination on the pending Preliminary Injunction Request. A hearing on Plaintiffs' motion for preliminary injunction is scheduled for October 19, 2021 at 3:00 p.m. before Judge Ann M. Donnelly. *See* September 23, 2021 Text Order. Plaintiffs' preliminary injunction request is currently being briefed and there has been no request for an adjournment.

In addition, the parties respectfully request that the telephonic Motion Conference scheduled before your Honor on October 18, 2021 likewise be adjourned to a date following the response date to Plaintiffs' Motion to Proceed Using Pseudonyms and for Protective Order.

Respectfully Submitted,

Littler Mendelson, P.C.

*/s/ Jacqueline Phipps Polito*

Jacqueline Phipps Polito

cc:   All Counsel of Record (via ECF)

littler.com