

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8029

**By ECF**                                                November 2, 2021
Hon. Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    *John Does, et al. v. Hochul, et al.,* 21-cv-5067 (AMD-TAM)

Dear Judge Donnelly:

This Office represents Governor Kathy Hochul and Health Commissioner Howard
Zucker (the "State Defendants") in the above-referenced matter. I write at this time in response
to Plaintiffs' Motion to Proceed Using Pseudonyms and for Protective Order (ECF No. 41). As
State Defendants are sued in their official capacities, with respect to any written agreement, as
described in paragraph 6 of the proposed Protective Order (ECF No. 41-2), they request that their
respective counsel be permitted to sign the applicable agreement in their stead. Subject to that
one proviso, the State Defendants do not oppose the Plaintiffs' present motion or the proposed
Protective Order submitted by Plaintiffs.

Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

/s/ Seth J Farber
Seth J. Farber
Assistant Attorney General
Seth.Farber@ag.ny.gov

cc:    All Counsel (via ECF)